IN THE SUPREME COURT OF THE STATE OF NEVADA

IN THE MATTER OF THE
APPLICATION OF: ROY JAMES
TROST

ROY JAMES TROST, FOR CHANGE OF
NAME,
Appellant.

No. 84799

**FILED**

JUL 15 2022

ELIZABETH A. BROWN
CLERK OF SUPREME COURT
BY _____
DEPUTY CLERK

## *ORDER DISMISSING APPEAL*

This appeal was docketed on June 1, 2022, without payment of the requisite filing fee. *See* NRAP 3(e). That same day, this court issued a notice directing appellant to pay the required filing fee or demonstrate compliance with NRAP 24 within 14 days. The notice advised that failure to comply would result in the dismissal of this appeal. To date, appellant has not paid the filing fee or otherwise responded to this court's notice. Accordingly, this appeal is dismissed. *See* NRAP 3(a)(2).

It is so ORDERED.

CLERK OF THE SUPREME COURT
ELIZABETH A. BROWN

BY: _____

cc: Hon. James Todd Russell, District Judge
Roy James Trost
Carson City Clerk

SUPREME COURT
OF
NEVADA

**CLERK'S ORDER**

(O) 1947

22-22308